**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**JAY WINEGARD,**

                    **Plaintiff,**　　　　　　　　**REPORT AND**
　　　　　　　　　　　　　　　　　　　　　　　　　　**RECOMMENDATION**

           **-against-**　　　　　　　　　　　　　**19-CV-4834 (MKB)**

**NEW MEDIA INVESTMENT GROUP, INC.,**

                    **Defendant.**
----------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      Although this disability discrimination action was commenced on August 22, 2019, plaintiff, after serving the complaint, took no further action to prosecute his claims until prompted by this Court's Order to Show Cause filed on December 2, 2019. See Order to Show Cause (Dec. 2, 2019), Electronic Case Filing Docket Entry ("DE") #5. In response to the Order to Show Cause, plaintiff explained that he had sued the wrong defendant because of a change in ownership and sought leave to amend the complaint to substitute as the defendant Gannett Co., Inc. See Response to Order to Show Cause (Dec. 6, 2019), DE #6.

      By order dated December 9, 2019, this Court granted plaintiff leave to file an amended complaint by December 13, 2019. See Order (Dec. 9, 2019). Plaintiff filed the Amended Complaint within the time proscribed, but named as the defendant New Media Investment Group, Inc., rather than Gannett Co., Inc. See Amended Compl. (Dec. 11, 2019), DE #7. This Court set a deadline of January 8, 2020 for plaintiff to serve defendant and file proof of service. See Order (Dec. 12, 2019). However, plaintiff failed to file proof of service by the deadline set. Accordingly, by order dated January 10, 2020, this Court gave plaintiff a further opportunity to file proof of service by January 14, 2020, and warned that plaintiff's failure to

do so would result in a recommendation that the case be dismissed. To date, plaintiff has not filed proof of service.

Plaintiff thus has ignored this Court's orders and demonstrated his continued disinterest in pursuing his claims. Accordingly, it is the recommendation of this Court that the Amended Complaint be dismissed with prejudice for lack of prosecution.

Any objections to this Report and Recommendation must be filed with the Honorable Margo K. Brodie on or before February 6, 2020. Failure to file objections in a timely manner may waive a right to appeal the District Court order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a)(1), 72(b)(2); Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

**SO ORDERED.**

**Dated:** Brooklyn, New York
January 23, 2020

/s/ *Roanne L. Mann*
**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**